No. 10M117. SAVICH v. DOMRES; and

No. 10M118. PAYNE v. FISCHER, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONS, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 10–768. AFTERMATH RECORDS, DBA AFTERMATH ENTERTAINMENT, ET AL. v. F. B. T. PRODUCTIONS, LLC, ET AL., 562 U. S. 1286. Motion of respondents for attorneys' fees and expenses denied.

No. 10–10177. JONES v. MERCK & CO., INC. C. A. 5th Cir.; and

No. 10–10485. MATTHEWS v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. D. C. Cir. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until July 18, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–10822. IN RE ISMAIL; and

No. 10–10843. IN RE HARMON. Petitions for writs of habeas corpus denied.

No. 10–10173. IN RE PARNELL. Petition for writ of mandamus denied.

No. 10–10138. IN RE ROSE. Petition for writ of mandamus and/or prohibition denied.

No. 10–704. MESSERSCHMIDT ET AL. v. MILLENDER ET AL. C. A. 9th Cir. Certiorari granted.

No. 10–844. CARACO PHARMACEUTICAL LABORATORIES, LTD., ET AL. v. NOVO NORDISK A/S ET AL. C. A. Fed. Cir. Certiorari granted.

No. 10–1016. COLEMAN v. COURT OF APPEALS OF MARYLAND ET AL. C. A. 4th Cir. Certiorari granted.

No. 10–1121. KNOX ET AL. v. SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000. C. A. 9th Cir. Certiorari granted.